UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

LA PLACITA WASHINTON HEIGHTS CORP.        Case No. 18-14194 (mew)

                            Debtor.                                  Chapter 11
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF SERVICE**

I, Cynthia Narea, being duly sworn state as follows:

1. I am over 18 years of age and not a party to this case.

2. On February 6, 2019 I served a copy of the following document(s) to the individuals and entities list on the annexed service list by either first class mail or electronic mail:

**NOTICE OF HEARING ON DEBTOR'S
MOTION TO DISMISS CHAPTER 11 CASE**

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: February 6, 2019
      Astoria, New York

                                                                 */s/Cynthia Narea*
                                                                 Cynthia Narea

La Placita Washington Heights Corp.
## Service List

| Creditor | Method of Service | Creditor | Method of Service |
|---|---|---|---|
| CITY OF NEW YORK<br>FIRE DEPARTMENT<br>P.O. BOX 412014<br>BOSTON, MA 02241 | FIRST CLASS MAIL | CON EDISON<br>COOPER STATION<br>P.O. BOX 138<br>NEW YORK, NY 10276 | FIRST CLASS MAIL |
| CORP. COUNSEL OF THE CITY<br>OF NEW YORK, TAX & BANKRUPTCY<br>100 CHURCH STREET, 4TH FLOOR<br>NEW YORK, NY 10007 | FIRST CLASS MAIL | DEPARTMENT OF TREASURY<br>INTERNAL REVNUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | FIRST CLASS MAIL |
| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICES<br>PHILADELPHIA, PA 19255 | FIRST CLASS MAIL | GLD FACTORING, LLC<br>591 STEWART AVE<br>SUITE 520<br>GARDEN CITY, NY 11530 | FIRST CLASS MAIL |
| MARIA JIMENEZ<br>C/O RYAN S. GOLDSTEIN, PLLC<br>43 WESTCHESTER SQUARE-SUITE 2A<br>BRONX, NY 10461 | FIRST CLASS MAIL | MORM MANAGEMENT CO., LLC<br>C/O MILBROOK PROPERTIES, LTD.<br>42 BAYVIEW AVENUE<br>MANHASSET, NY 11030 | FIRST CLASS MAIL |
| NELY GUITY<br>C/O SUBIN ASSOCIATES, LLP<br>50 BROADWAY, 23RD FL<br>NEW YORK, NY 10038 | FIRST CLASS MAIL | NYC DEPARTMENT OF FINANCE<br>BANKRUPTCY AND AUDIT UNIT<br>345 ADAM STREET, 10TH FLOOR<br>BROOKLYN, NY 11201 | FIRST CLASS MAIL |
| NYS AGRICULTURE AND MARKETS<br>108 AIRLINE DR.<br>ALBANY, NY 12235 | FIRST CLASS MAIL | NYS DEPT. OF TAXATION AND<br>FINANCE, BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | FIRST CLASS MAIL |
| OFFICE OF ADMINISTRATION TRIAL<br>AND HEARINGS<br>66 JOHN STREET, 11TH FLOOR<br>NEW YORK, NY 10038 | FIRST CLASS MAIL | ROL-ROM FOODS<br>33 6TH AVENUE<br>PATERSON, NJ 07524 | FIRST CLASS MAIL |
| STATE OF NEW YORK WORKERS<br>COMP<br>BOARD<br>PO BOX 5200<br>BINGHAMTON, NY 13902 | FIRST CLASS MAIL | WINDHAM PROFESSIONALS, INC.<br>382 MAIN STREET<br>SALEM, NH 03079 | FIRST CLASS MAIL |